IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHALEEN BURNETT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NAGL MANUFACTURING )<br>COMPANY, et al., )<br>)<br>Defendant. ) | Case No. 8:05cv109<br><br>**ORDER** |

THIS MATTER is before the court on its own motion to reschedule the August 22, 2005 Rule 16 planning conference.

**IT IS ORDERED:**

1. The planning conference is rescheduled to **Monday, August 29, 2005 at 10:00 A.M.,** before the undersigned magistrate judge in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 5th day of August 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge