# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATHALEEN BURNETT,** | )<br>) |
| Plaintiff, | )<br>)   8:05cv109 |
| vs. | )<br>)   **ORDER** |
| **NAGL MANUFACTURING COMPANY,** et al., | )<br>)<br>) |
| Defendants. | ) |

This matter came before the court for a Rule 16 planning conference. Kathleen Burnett, plaintiff, appeared *Pro Se*. A. Stevenson Bogue represented the defendants. After discussion with the parties and reviewing the proposed Amended Scheduling Order and Discovery Plan,

**IT IS ORDERED:**

1. The parties shall submit to the court their revised proposed Scheduling Order and Discovery Plan, on or before Friday, September 2, 2005.

Dated this 29th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge