# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHALEEN BURNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV109** |
| **NAGL MANUFACTURING,** | ) | |
| **RICHARD KEETEN,** | ) | **ORDER** |
| **NORMAN FREDRICKSON and** | ) | |
| **JUNE JONES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    This matter is before the court on plaintiff's MOTION TO AMEND PLEADINGS (Filing 38). Plaintiff wishes to add allegations that the defendants committed "Retaliation of perjury" by making false statements to the EEOC and committed "Retaliation of Demotion" by demoting her in August 2003. She also seeks to add exhibits to the complaint. Although the defendants initially objected to the amendment (see Filings 42-43), they have withdrawn their objection (Filing 50).

    **IT IS ORDERED:**

    1.    Plaintiff's Motion to Amend (**Filing 38**) is granted, without prejudice to the defendants later reasserting their legal position regarding the new allegations. The allegations and documents contained in Filing 38 are accepted for filing instanter and shall be deemed incorporated into plaintiff's original complaint (Filing 1).

    2.    Defendants shall respond to the amended complaint on or before **November 22, 2005.**

    3.    Defendants' motion for leave to withdraw their objections (**Filing 50**) is granted, and defendants' Opposition to Plaintiff's Motion to Amend Complaint (**Filing 42**) is hereby deemed withdrawn.

    **DATED November 3, 2005.**

                               **BY THE COURT:**

                               **s/ F.A. Gossett**
                               **United States Magistrate Judge**