# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHALEEN BURNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV109** |
| **NAGL MANUFACTURING,** | ) | |
| **RICHARD KEETEN,** | ) | **ORDER** |
| **NORMAN FREDRICKSON and** | ) | |
| **JUNE JONES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the following discovery motions:

Filing 45   Plaintiff's Objection to Take Plaintiff Deposition
Filing 47   Plaintiff's Motion for Defendant's Rule 26(A)(1) Disclosures
(objecting to the discovery of her personnel file)

Plaintiff was previously advised that the defendants were entitled to obtain discovery from her in this matter. Specifically, the defendants have a right to depose the plaintiff. In any event, the plaintiff was deposed on October 14, 2005.

In their responsive Motion to Strike (Filing 49), defendants advise that they already possess a copy of the plaintiff's personnel file. Plaintiff's personnel records are relevant to the claims and defenses asserted in this case, *see* Fed. R. Civ. P. 26(b)(1), and are discoverable.

Also pending before the court are:

Filing 44   Motion Defendants Brief of Support of Opposition
Filing 46   Plaintiff's Motion to Defendant's Counsel Opposition

These motions apparently pertain to an earlier motion for leave to amend the complaint. Plaintiff was granted leave to amend the complaint. Hence, Filings 44 and 46 will be denied as moot.

**IT IS ORDERED:**

1. Plaintiff's Motions Nos. 44, 45, 46 and 47 are denied.

2. Defendant's Motion to Strike (#49) is granted in part, and denied in part. The documents need not be stricken; however, defendants' arguments are noted and are sustained.

**DATED November 4, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**