IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATHALEEN BURNETT,

        Plaintiff,

vs.

NAGL MANUFACTURING, RICHARD KEETEN, NORMAN FREDERICKSON and JUNE JONES,

        Defendants.

8:05CV109

ORDER

This matter is before the Court on Defendant's Motion to Continue the Scheduling Conference set for **December 5, 2005 at 1:30 p.m.**. (Filing No. 66).

**IT IS HEREBY ORDERED:**

    1.    The Motion (#66) is granted, and the Planning Conference scheduled before the undersigned Magistrate Judge on December 5, 2005 is hereby rescheduled to take place on **December 19, 2005 at 3:30 p.m.** in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial; and

    2.    That the plaintiff must appear in person.

**DATED: November 9, 2005.**

                                                        **BY THE COURT:**

                                                        **S/ F.A. Gossett**
                                                        **United States Magistrate Judge**