# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHALEEN BURNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:05CV109** |
| **NAGL MANUFACTURING,** | ) | |
| **RICHARD KEETEN,** | ) | **ORDER** |
| **NORMAN FREDRICKSON and** | ) | |
| **JUNE JONES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Noting plaintiff's objection (Filing 69), I am still of the opinion that defense counsel provided a showing of good cause to reschedule the parties' planning conference. The conference will remain scheduled for **December 19, 2005 at 3:30 p.m.** in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The objection (Filing 69) is overruled.

**IT IS SO ORDERED.**

**DATED November 9, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**