# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATHALEEN BURNETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV109** |
| vs. ) | |
| ) | **ORDER** |
| **NAGL MANUFACTURING CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on its own motion, to reschedule the final pretrial conference.

**IT IS ORDERED:**

1. The Final Progression Order [80] is amended **only** to reschedule the date and time of final pretrial conference.

2. The final pretrial conference currently set for June 5, 2006 at 9:00 a.m., is rescheduled to **Tuesday, June 6, 2006, at 9:00 a.m.,** before the undersigned magistrate judge.

3. If this new date creates a conflict, please contact the opposing party and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge