# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHALEEN BURNETT, ) | |
| ) | |
| Plaintiff, ) | 8:05CV109 |
| ) | |
| v. ) | |
| ) | |
| NAGL MANUFACTURING, NORM ) | ORDER |
| FREDRICKSON, JUNE JONES, and ) | |
| RICHARD KEETEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the Notice of Appeal (Filing No. 115) filed by the plaintiff, Kathaleen Burnett. In addition, the Clerk of Court has filed a Memorandum (Filing No. 116) inquiring whether the plaintiff is permitted to proceed in forma pauperis ("IFP") on appeal.

The plaintiff appeals the Memorandum and Order (Filing No. 112) and Judgment (Filing No. 113), in which the court dismissed the above-entitled case. The court previously granted the plaintiff leave to proceed IFP in the district court, and Fed. R. App. P. 24(a)(3) therefore applies to this appeal.[1] In addition, a district court must determine whether an IFP appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3): "An appeal may not be

---

[1] Fed. R. App. P. 24(a)(3) states:

(a) Leave to Proceed in Forma Pauperis....

(3) Prior Approval.   A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless the district court – before or after the notice of appeal is filed– certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis.  In that event, the district court must state in writing its reasons for the certification or finding.

taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Having considered the record in this action, the court finds that the appeal is taken in good faith. Therefore, the plaintiff's IFP status is continued on appeal, and the Clerk of Court shall process the appeal to the Eighth Circuit Court of Appeals.

IT IS SO ORDERED.

    DATED this 12th day of June, 2006.

                            BY THE COURT:

                            s/ F.A. Gossett
                            United States Magistrate Judge